UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| BARRETTE OUTDOOR LIVING, INC. ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VI-CHEM CORPORATION ) <br> ) <br> ) <br> Defendant. ) | No. 2:13-cv-289 |

## MEMORANDUM OPINION AND ORDER

This case is scheduled for trial on November 3, 2015. A final pretrial conference is scheduled for October 21, 2015. On September 28, 2015, Defendant filed a Motion [doc. 69] asking the Court to amend its Summary Judgment Order [doc. 65]. To allow Defendant's Motion to be resolved ahead of trial and thus prevent further delay in this case, Plaintiff is ordered to respond no later than **5:00pm (EST) on Friday, October 9, 2015**. Any reply will be due no later than **5:00pm (EST) on Friday, October 16, 2015**. The Court will address the Motion at the final pretrial conference on October 21, 2015.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge